Chief Justice CASTILLE and Justices SAYLOR, EAKIN, BAER and STEVENS join the opinion.

104 A.3d 1286

Rudis MOREIRA, Petitioner

v.

COURT OF COMMON PLEAS PHILADELPHIA COUNTY/The Honorable Judge, Jeffrey P. Minehart, et al., Respondents.

No. 160 EM 2014.

Supreme Court of Pennsylvania.

Nov. 24, 2014.

*ORDER*

PER CURIAM.

AND NOW, this 24th day of November, 2014, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**